An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FERDINANDO ROBINSON,
Appellant,
vs.
TRACY ROBINSON,
Respondent.

No. 65477

**FILED**

JUN 30 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant seeks to challenge a post-divorce decree district court order that denied a motion to modify a restitution order. The challenged order denies the motion as having been filed in error because it sought relief from orders not entered in the underlying case. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. See NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); see also Taylor Constr. Co. v. Hilton Hotels Corp., 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly, we lack jurisdiction to consider this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

14-21354

cc: Hon. William B. Gonzalez, District Judge, Family Court Division
Ferdinando L. Robinson, Jr.
Tracy Robinson
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A